**BY ECF**

April 1, 2020

The Honorable Lois Bloom
United States Magistrate Judge
Eastern District of New York
225 Camdan Plaza East
Brooklyn, New York 11201

Re: Price v. Kenney et al 17-CV-7217(LDH)(LB)

Dear Judge Bloom:

The parties jointly submit this status letter to inform the Court that the parties successfully
completed mediation on February 13, 2020.

Plaintiff Michael Price and Defendants Det. Kevin M. Kenny, County of Nassau and Det.
Stephen G. Firestone will submit a joint stipulation and proposed order for dismissal with
prejudice as to defendants.


Sincerely,


/s/                                                    /s/
_____                        _____
Brett Dignam, Esq.                             Pablo A. Fernandez, Esq.
                                                        Stephen E. Carlin, Esq.
Law Student Interns
Chizoba Ukairo                                 *Counsel for Defendants*
Ashley Taylor

*Counsel for Plaintiff Michael Price*