UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
MICHAEL PRICE,

                      Plaintiff,

   - against -

DETECTIVE KEVIN M. KENNEY (SHIELD # 871),
COUNTY OF NASSAU, DETECTIVE STEPHEN G.
FIRESTONE (SHIELD #8026),

                      Defendants.
-----------------------------------------------------------------------X

17-CV-7217 (LDH)(LB)

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and attorneys of record for the parties herein, that whereas no party is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, that said action and all cross-claims are hereby discontinued as against the Defendants DETECTIVE KEVIN M. KENNEY (SHIELD # 871), COUNTY OF NASSAU, and DETECTIVE STEPHEN G. FIRESTONE (SHIELD # 8026) with prejudice.

**IT IS FURTHER STIPULATED AND AGREED** that this stipulation may be executed in counterparts, that facsimile signatures shall be acceptable in lieu of an original signature and may be filed without further notice with the Clerk of the Court.

Dated: April __, 2020
       New York, New York

MORNINGSIDE HEIGHTS LEGAL
SERVICES, INC.
*Counsel for Plaintiff*

By: _____
Brett Dignam, Esq.
Columbia Law School
435 West 116th Street
Room 831
New York, New York 10027

Dated: April 2_, 2020
       Mineola, New York

JARED A. KASSCHAU
County Attorney of Nassau County
*Counsel for Defendants*

By: _____
Stephen Carlin
Deputy County Attorney
One West Street
Mineola, New York 11501